IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLEN KREKE, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LIBERTY POWER HOLDINGS LLC,<br><br>a Delaware limited liability company,<br><br>　　　　　　　　　　Defendant. | C. A. No. 3:17-cv-00808-DRH-RJD<br><br>Class Action<br><br>Jury Trial Demanded |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, by and through undersigned counsel, and hereby dismisses, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this cause of action without prejudice. Plaintiff filed his Complaint on July 28, 2017; Defendant has not been served; and Defendant has neither filed an Answer nor a Motion for Summary Judgment.

Dated: October 3, 2017

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**THE SIMON LAW FIRM, P.C.**

　　　　　　　　　　　　　　　　　　　　By: */s/ Anthony R. Friedman*
　　　　　　　　　　　　　　　　　　　　　　Anthony R. Friedman - #6299795
　　　　　　　　　　　　　　　　　　　　　　Anthony G. Simon - #6209056
　　　　　　　　　　　　　　　　　　　　　　800 Market Street, Suite 1700
　　　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63101
　　　　　　　　　　　　　　　　　　　　　　Phone: (314) 241-2929
　　　　　　　　　　　　　　　　　　　　　　Fax: (314) 241-2029
　　　　　　　　　　　　　　　　　　　　　　afriedman@simonlawpc.com
　　　　　　　　　　　　　　　　　　　　　　asimon@simonlawpc.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*